**United States District Court**
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  *In re Malibu Media Copyright Litigation*     **ORDER SETTING CASE**
11                                                 **MANAGEMENT CONFERENCE**
12  No. C 15-04088 WHA
    No. C 15-04108 WHA
13  No. C 15-04109 WHA
    No. C 15-04110 WHA
14  No. C 15-04111 WHA
    No. C 15-04112 WHA
15  No. C 15-04150 WHA
    No. C 15-04152 WHA
16  No. C 15-04153 WHA
    No. C 15-04154 WHA
17  No. C 15-04155 WHA
    No. C 15-04156 WHA
18  No. C 15-04157 WHA
    No. C 15-04158 WHA
19  No. C 15-04159 WHA
    No. C 15-04160 WHA
20  No. C 15-04161 WHA
    No. C 15-04162 WHA
21  No. C 15-04163 WHA
    No. C 15-04164 WHA
22  No. C 15-04165 WHA
    No. C 15-04166 WHA
23  No. C 15-04167 WHA
    No. C 15-04168 WHA
24  No. C 15-04169 WHA
    No. C 15-04170 WHA
25  No. C 15-04171 WHA
    No. C 15-04172 WHA
26  No. C 15-04173 WHA
    No. C 15-04174 WHA
27  No. C 15-04175 WHA
    No. C 15-04176 WHA
28  No. C 15-04178 WHA
    No. C 15-04179 WHA
    No. C 15-04194 WHA
    No. C 15-04195 WHA

```
                                    No. C 15-04242 WHA
                                    No. C 15-04243 WHA
                                    No. C 15-04244 WHA
                                    No. C 15-04245 WHA
                                    No. C 15-04246 WHA
                                    No. C 15-04248 WHA
                                    No. C 15-04280 WHA
                                    No. C 15-04281 WHA
                                    No. C 15-04283 WHA
                                    No. C 15-04284 WHA
                                    No. C 15-04286 WHA
                                    No. C 15-04287 WHA
                                    No. C 15-04288 WHA
                                    No. C 15-04289 WHA
                                    No. C 15-04290 WHA
                                    No. C 15-04291 WHA
                                    No. C 15-04292 WHA
                                    No. C 15-04293 WHA
                                    No. C 15-04294 WHA
                                    No. C 15-04430 WHA
                                    No. C 15-04431 WHA
                                    No. C 15-04432 WHA
                                    No. C 15-04433 WHA
                                    No. C 15-04434 WHA
                                    No. C 15-04435 WHA
                                    No. C 15-04436 WHA
                                    No. C 15-04437 WHA
                                    No. C 15-04438 WHA
                                    No. C 15-04439 WHA
                                    No. C 15-04440 WHA
                                    No. C 15-04441 WHA
                                    No. C 15-04442 WHA
                             /      No. C 15-04443 WHA
```

A case management conference in each of the above-captioned matters is hereby scheduled for **MARCH 3, 2016 AT 1:30 P.M.** in Courtroom 8, 19th Floor, of the federal courthouse, 450 Golden Gate Ave. The cases shall be collectively referred to as "*In re Malibu Media Copyright Litigation.*" The parties in each matter shall submit a joint case management statement by **FEBRUARY 25**.

**IT IS SO ORDERED.**

Dated:   November 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2